Faxed 4-23-15 @ 2:18 p.m.

In Reference to Case #: 749-017
Division: I — 24th JDC

**Jon A. Gegenheimer**
JEFFERSON PARISH CLERK OF COURT



24th Judicial District Court
FAX Filing
P.O. Box 10
Gretna LA 70054-0010
www.jpclerkofcourt.us
Telephone: (504) 364-2971
FAX Nos.: (504) 364-3780 & 364-2988

M. CLAIRE DURIO, ATTY.

FAX # 569-2999

APRIL 22, 20 15

# FACSIMILE FILING RECEIPT OF TRANSMISSION

Total No. of Pages: 5
Document Type: PETITION FOR DAMAGES

Case Title: EXACTLY LEGENDS, LLC VERSUS ESSEX INSURANCE COMPANY

IMAGED APR 23 2015 mm

Receipt is hereby acknowledged of the above described document, which was filed at 2:49 ☐ A.M. ☑ P.M. on _____ APRIL 22, 20 15. Per La. R.S. 13:850, please forward the original pleading within 7 days, exclusive of legal holidays, after the clerk of court has received the transmission, with funds in the amounts listed below:

Check payable to "Jefferson Parish Clerk of Court":  $ 405.00
Check payable to "Orleans Parish Civil Sheriff":  $
Check payable to "Louisiana Secretary of State":  $ 50.00
Check payable to "East Baton Rouge Sheriff":  $ 29.36
Check payable to _____: $

***Please enclose a copy of this Receipt of Transmission when original pleading is filed.***

ATTN: Civil Filing Dept.
24th Judicial District Court, Division  NEW SUIT
Jefferson Parish Clerk of Court
P.O. Box 10
Gretna LA 70054-0010

*need civil case cover sheet



EXHIBIT "B"

APR. 22. 2015  2:54PM    SIMON-PERAGINE-SMITH                                NO. 6376   P. 1

**SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.**
COUNSELORS AT LAW
30TH FLOOR - ENERGY CENTRE
1100 POYDRAS STREET
NEW ORLEANS  70163-3000

Filed By: Fax
Date: 4-22-15
Time: 2:49 pm
Deputy Clerk: _____
(SEE ATTACHED LOG)

<u>VIA TELECOPIER</u>

DATE:         April 22, 2015

TO:           Clerk of Court, 24th Judicial District Court - (504) 364-3780

FROM:         M. Claire Durio
              Direct:   (504) 569-2955

OUR FILE:     Exactly Legends, LLC
              vs. Essex Insurance Company
              Our File: 40732-09

NUMBER OF PAGES
INCLUDING COVER:  5

IMAGED APR 29 2015

---

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL TELECOPY OPERATOR AT (504) 569-2030.  WE ARE SENDING FROM A XEROX 7021 (AUTOMATIC).  TELECOPY PHONE: (504) 569-2999

---

MEMO:    PLEASE FILE ATTACHED <u>*PETITION FOR DAMAGES*</u>, CONFIRM RECEIPT, AND ADVISE OF COSTS VIA FACSIMILE AS SOON AS POSSIBLE. THANKS!

---

<u>CONFIDENTIALITY NOTICE</u>

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.

APR-22-2015  14:49              504 669 2999                                    P.001

APR. 22. 2015  2:54PM    SIMON-PERAGINE-SMITH                            NO. 6376   P. 2

Filed by: Fax
Date: 4-22-15
Time: 2:49 pm
Deputy Clerk: _____
(ATTACHED LOG)

24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 749-017                                                      DIV. "I"

EXACTLY LEGENDS, LLC

VERSUS

ESSEX INSURANCE COMPANY

FILED: _____        _____
                                              DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT, comes plaintiff, Exactly Legends, LLC, who respectfully represents as follows in the Petition for Damages:

I.

Made plaintiff herein is:

**EXACTLY LEGENDS, LLC** (hereinafter "Legends" or "Plaintiff"), a corporation organized under the laws of Louisiana and with its principal place of business in Jefferson Parish.

II.

Made defendant herein is:

**ESSEX INSURANCE COMPANY** (hereinafter "Essex"), a foreign insurance company authorized to do and doing business in the State of Louisiana.

III.

Venue in this Court is proper according to Louisiana Code of Civil Procedure articles 42 and 74, *et seq.*

IV.

Defendant is justly and truly indebted to Plaintiff herein for damages, together with legal interest thereon from the date of judicial demand until paid, and for costs in these proceedings, for the following, to-wit:

V.

Plaintiff owns property located at 2708 N. Hullen St., Metairie, LA 70002.

IMAGED APR 23 2015

APR-22-2015  14:60             504 569 2999              96%              P.002

### VI.

Plaintiff contracted with Essex Insurance Company (hereinafter "Essex") to insure this property and its contents/inventory, in addition to the businesses that are conducted thereon.

### VII.

On April 24, 2013, a storm producing hail hit the greater New Orleans area. This storm severely impacted Plaintiff's property located at 2708 N. Hullen St., Metairie, LA 70002. Plaintiff mitigated its damages at all relevant times, performing temporary repairs in an attempt to maintain normal business operations.

### IX.

In addition to damaging the structure at 2708 N. Hullen St., Metairie, LA 70002, the storm also damaged large amounts of contents/inventory at this location. Essex also insured the Plaintiff's damaged contents/inventory.

### X.

Plaintiff timely notified Essex of its losses after the storm which caused damage to Plaintiff's property. This notification constituted satisfactory proof of loss under La. R.S. §§22:1892 and 22:1973.

### XI.

As of the date of filing this Petition, Essex has not tendered Plaintiff any money despite having sufficient time to investigate Plaintiff's loss. As such, Essex is in bad faith under La. R.S. §§22:1892 and 22:1973.

### XII.

At all pertinent times hereto, Essex provided insurance coverage for the matters, risks, and things involved herein.

### XIII.

Plaintiff's commercial insurance policy issued by Essex provided coverage for loss or damage caused by the peril of wind and/or hail. Notwithstanding this fact, Plaintiff has yet to receive a tender from Essex as a result of its loss from the hail storm described above.

### XIV.

Despite having been provided with "satisfactory proof of loss," and despite conducting its own thorough investigation of the damages Plaintiff incurred from the hail storm, Essex has, in bad faith, refused to pay for any or all of the damage sustained to Plaintiff's property and caused by this covered loss.

### XV.

Essex is liable unto Plaintiff under the following legal theories:

a. Breach of contract;

b. Breach of duty of good faith and fair dealing;

c. Bad faith claims adjusting; and

d. Any and all other legal theories which may be found through discovery and proven at trial in this matter.

### XVI.

Essex has committed other acts of negligence, breach of contract, and breach of its duty of good faith and fair dealing, all of which will be shown and proven at the trial of this matter.

### XVII.

As a result of Essex' actions, Plaintiff has suffered the following nonexclusive list of damages:

a. Loss of use of insured property;

b. Loss of enjoyment of insured property;

c. Loss of business income;

d. Loss of movable goods;

e. Diminution in value of the property;

f. Permanent repair and remediation expenses;

g. Temporary repair and remediation expenses;

h. Attorney's fees;

i. Costs of this litigation; and

j. All other losses that will be proven at the trial of this matter.

XVIII.

Plaintiff is entitled to penalties and attorneys' fees for Essex' bad faith failure to pay Plaintiff's claims and/or to properly adjust this claim.

XIX.

Plaintiff reserves the right to supplement and amend this Petition for Damages.

XX.

Plaintiff prays for a trial by jury.

**WHEREFORE**, plaintiff herein, Exactly Legends, LLC, prays that defendant, Essex Insurance Company, be served with a copy of this Petition and be duly cited to appear and answer the same, and that after expiration of all legal delays and due proceedings, there be judgment rendered in favor of Plaintiff and against Defendant in an amount that will fully compensate Plaintiff for its damages pursuant to the evidence and in accordance with the law and for penalties and attorney's fees; all sums with legal interest thereon from the date of judicial demand until fully paid, for all costs of these proceedings, and for all general and equitable relief.

Respectfully submitted:

_/s/ M. Claire Durio_

M. Claire Durio (#21063)
Luke P. LaRocca (#34633)
Simon, Peragine, Smith & Redfearn, LLP
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163
Telephone: (504) 569-2030
Facsimile: (504) 569-2999

**PLEASE SERVE:**

Essex Insurance Company
Through the Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

NS

*************** -JOURNAL- ************************ DATE APR-22-2015 ***** TIME 14:51 ********

| NO. | COMM. | PAGES | FILE | DURATION | X/R | IDENTIFICATION | DATE | TIME | DIAGNOSTIC |
|-----|-------|-------|------|----------|-----|----------------|------|------|------------|
| 089 | OK | 005 | 145 | 00:01:50 | RCV | 504 569 2999 | APR-22 14:49 | | 0501C00001070003 |

-CLERK OF COURT -

***** UF-7200 ********************** -CLERK OF COURT - *****.- 504 364 3780- *********

IMAGED APR 23 2015

Filed by: Fax
Date: 4-22-15
Time: 2:49 P.M.
Deputy Clerk: m mull
(SEE ATTACHED LOG)

24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 749-017  DIV. " "

EXACTLY LEGENDS, LLC

VERSUS

ESSEX INSURANCE COMPANY

FILED: _____   _____
                                    DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, comes plaintiff, Exactly Legends, LLC, who respectfully represents as follows in the Petition for Damages:

I.

Made plaintiff herein is:

**EXACTLY LEGENDS, LLC** (hereinafter "Legends" or "Plaintiff"), a corporation organized under the laws of Louisiana and with its principal place of business in Jefferson Parish.

II.

Made defendant herein is:

**ESSEX INSURANCE COMPANY** (hereinafter "Essex"), a foreign insurance company authorized to do and doing business in the State of Louisiana.

III.

Venue in this Court is proper according to Louisiana Code of Civil Procedure articles 42 and 74, *et seq.*

IV.

Defendant is justly and truly indebted to Plaintiff herein for damages, together with legal interest thereon from the date of judicial demand until paid, and for costs in these proceedings, for the following, to-wit:

V.

Plaintiff owns property located at 2708 N. Hullen St., Metairie, LA 70002.

VI.

Plaintiff contracted with Essex Insurance Company (hereinafter "Essex") to insure this property and its contents/inventory, in addition to the businesses that are conducted thereon.

VII.

On April 24, 2013, a storm producing hail hit the greater New Orleans area. This storm severely impacted Plaintiff's property located at 2708 N. Hullen St., Metairie, LA 70002. Plaintiff mitigated its damages at all relevant times, performing temporary repairs in an attempt to maintain normal business operations.

IX.

In addition to damaging the structure at 2708 N. Hullen St., Metairie, LA 70002, the storm also damaged large amounts of contents/inventory at this location. Essex also insured the Plaintiff's damaged contents/inventory.

X.

Plaintiff timely notified Essex of its losses after the storm which caused damage to Plaintiff's property. This notification constituted satisfactory proof of loss under La. R.S. §§22:1892 and 22:1973.

XI.

As of the date of filing this Petition, Essex has not tendered Plaintiff any money despite having sufficient time to investigate Plaintiff's loss. As such, Essex is in bad faith under La. R.S. §§22:1892 and 22:1973.

XII.

At all pertinent times hereto, Essex provided insurance coverage for the matters, risks, and things involved herein.

XIII.

Plaintiff's commercial insurance policy issued by Essex provided coverage for loss or damage caused by the peril of wind and/or hail. Notwithstanding this fact, Plaintiff has yet to receive a tender from Essex as a result of its loss from the hail storm described above.

XIV.

Despite having been provided with "satisfactory proof of loss," and despite conducting its own thorough investigation of the damages Plaintiff incurred from the hail storm, Essex has, in bad faith, refused to pay for any or all of the damage sustained to Plaintiff's property and caused by this covered loss.

XV.

Essex is liable unto Plaintiff under the following legal theories:

a. Breach of contract;

b. Breach of duty of good faith and fair dealing;

c. Bad faith claims adjusting; and

d. Any and all other legal theories which may be found through discovery and proven at trial in this matter.

XVI.

Essex has committed other acts of negligence, breach of contract, and breach of its duty of good faith and fair dealing, all of which will be shown and proven at the trial of this matter.

XVII.

As a result of Essex' actions, Plaintiff has suffered the following nonexclusive list of damages:

a. Loss of use of insured property;

b. Loss of enjoyment of insured property;

c. Loss of business income;

d. Loss of movable goods;

e. Diminution in value of the property;

f. Permanent repair and remediation expenses;

g. Temporary repair and remediation expenses;

h. Attorney's fees;

i. Costs of this litigation; and

j. All other losses that will be proven at the trial of this matter.

XVIII.

Plaintiff is entitled to penalties and attorneys' fees for Essex' bad faith failure to pay Plaintiff's claims and/or to properly adjust this claim.

XIX.

Plaintiff reserves the right to supplement and amend this Petition for Damages.

XX.

Plaintiff prays for a trial by jury.

**WHEREFORE**, plaintiff herein, Exactly Legends, LLC, prays that defendant, Essex Insurance Company, be served with a copy of this Petition and be duly cited to appear and answer the same, and that after expiration of all legal delays and due proceedings, there be judgment rendered in favor of Plaintiff and against Defendant in an amount that will fully compensate Plaintiff for its damages pursuant to the evidence and in accordance with the law and for penalties and attorney's fees; all sums with legal interest thereon from the date of judicial demand until fully paid, for all costs of these proceedings, and for all general and equitable relief.

Respectfully submitted:

*/s/ M. Claire Durio*

M. Claire Durio (#21063)
Luke P. LaRocca (#34633)
Simon, Peragine, Smith & Redfearn, LLP
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163
Telephone: (504) 569-2030
Facsimile: (504) 569-2999

**PLEASE SERVE:**

Essex Insurance Company
Through the Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

EBR Ck. #: 19800 $29.36
SOS Ck. #: 19799 $50.80

**JON A. GEGENHEIMER**
**JEFFERSON PARISH CLERK OF COURT**
24th Judicial District Court Civil Records Department
P.O. Box 10 • GRETNA LA 70054-0010 • (504) 364-3740

## CIVIL RECORDS TELEPHONE CALL LOG

### Call 1

Case No: __749-017__ Div. "__I__" __MAY 6, 20 15__
Deputy Clerk: s/__M MULLEN__ Time: __2:05 P.M.__
Deputy Clerk Spoke To: __LEFT MESSAGE ON ACCOUNTS PAYABLE VOICE MAIL__ of
__SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.__
In Re: __$150.00 JURY CHECK WAS NOT SIGNED__

Message to Provide if Attorney/Litigant/Designee Returns Call:

### Call 2

Case No: __749-017__ Div. "__I__" __MAY 6, 20 15__
Deputy Clerk: s/__M MULLEN__ Time: __2:28 P.M.__
Deputy Clerk Spoke To: __SANDY__ of
__SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.__
In Re: __$150.00 JURY CHECK WAS NOT SIGNED__

Message to Provide if Attorney/Litigant/Designee Returns Call:
SPOKE WITH SANDY AND SHE SAID THAT SHE WOULD SEND A NEW CHECK OUT TO ME. I TOLD HER THAT WHEN I RECEIVE THE NEW CHECK THAT I WOULD SEND THE OLD CHECK BACK TO HER.

### Call 3

Case No: __749-017__ Div. "__I__" __, 20___
Deputy Clerk: s/_____ Time: _____
Deputy Clerk Spoke To: _____ of
_____

In Re: _____
Message to Provide if Attorney/Litigant/Designee Returns Call:

Received check 5-8-15.

IMAGED MAY 08 2015

**LOUISIANA CIVIL CASE REPORTING**
Civil Case Cover Sheet - LA. R.S. 13:4688 and
Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

Suit Caption:     EXACTLY LEGENDS, LLC

vs.

ESSEX INSURANCE COMPANY

Court: 24th Judicial District    Docket Number: 749-017 I

Parish of Filing: Jefferson    Filing Date: _____

Name of Lead Petitioner's Attorney: M. CLAIRE DURIO

Name of Self-Represented Litigant: _____

Number of named petitioners: 1    Number of named defendants: 1

Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

- ☐ Auto: Personal Injury
- ☐ Auto: Wrongful Death
- ☐ Asbestos: Property Damage
- ☐ Product Liability
- ☐ Intentional Bodily Injury
- ☐ Intentional Wrongful Death
- ☐ Business Tort
- ☐ Defamation
- ☐ Environmental Tort
- ☐ Intellectual Property
- ☐ Legal Malpractice
- ☐ Other Professional Malpractice
- ☐ Maritime
- ☐ Wrongful Death
- ☐ General Negligence
- ☐ Auto: Property Damage
- ☐ Auto: Uninsured Motorist
- ☐ Asbestos: Personal Injury/Death
- ☒ Premise Liability
- ☐ Intentional Property Damage
- ☐ Unfair Business Practice
- ☐ Fraud
- ☐ Professional Negligence
- ☐ Medical Malpractice
- ☐ Toxic Tort
- ☐ Other Tort (describe below)
- ☐ Redhibition
- ☐ Class action (nature of case)

Please briefly describe the nature of the litigation in one sentence of additional detail:

Hail storm damage to property.

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name M. Claire Durio    Signature _____

Address 1100 Poydras Street, 30th Floor, New Orleans, LA 70163

Phone number: (504) 569-2974    E-mail address: claired@spsr-law.com

 

(101) Citation: ISSUE PETITION FOR DAMAGES;   150508-8286-7

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

EXACTLY LEGENDS LLC
versus
ESSEX INSURANCE COMPANY

Case: 749-017   Div: "I"
P 1  EXACTLY LEGENDS LLC

To: ESSEX INSURANCE COMPANY
THROUGH LA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE LA 70809

SOS#19799/$50.00
EBR#19800/$29.36

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney M. CLAIRE DURIO and was issued by the Clerk of Court on the 8th day of May, 2015.

/s/ Samantha J. Adam
Samantha J. Adam, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____ SERVICE INFORMATION _____

(101) Citation: ISSUE PETITION FOR DAMAGES;   150508-8286-7

Received:_____  Served:_____  Returned:_____

Service was made:
___ Personal       ___ Domiciliary _____

Unable to serve:
___ Not at this address    ___ Numerous attempts _____ times
___ Vacant                 ___ Received too late to serve
___ Moved                  ___ No longer works at this address
___ No such address        ___ Need apartment / building number
___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ #_____
                Deputy Sheriff
Parish of:_____

*Imaged 05/08/2015 16:03 - Signed: Deputy Clerk of Court /s/ Samantha J. Adam*

Page 1 of 1

 

(101) Citation: ISSUE PETITION FOR DAMAGES;                    150508-8286-7

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

EXACTLY LEGENDS LLC  
versus  
ESSEX INSURANCE COMPANY

Case: 749-017   Div: "I"  
P 1  EXACTLY LEGENDS LLC

To: ESSEX INSURANCE COMPANY  
THROUGH LA SECRETARY OF STATE  
8585 ARCHIVES AVENUE  
BATON ROUGE LA 70809

SOS#19799/$50.00  
EBR#19800/$29.36

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney M. CLAIRE DURIO and was issued by the Clerk of Court on the 8th day of May, 2015.

/s/ Samantha J. Adam  
Samantha J. Adam, Deputy Clerk of Court  
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) Citation: ISSUE PETITION FOR DAMAGES;                    150508-8286-7

Received:_____   Served:_____   Returned:_____

Service was made:  
____ Personal     ____ Domiciliary _____

Unable to serve:  
____ Not at this address     ____ Numerous attempts ____ times  
____ Vacant                  ____ Received too late to serve  
____ Moved                   ____ No longer works at this address  
____ No such address         ____ Need apartment / building number  
____ Other _____

Service: $_____   Mileage: $_____   Total: $_____  
Completed by:_____  
               Deputy Sheriff  
Parish of: _____

I made service on the named party through the Office of the Secretary of State on MAY 21 2015 by tendering a copy of this document to JEWEL MOORE  
DY. E. CUMMINS #1155  
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

RECEIVED MAY 20 2015 E.B.R. SHERIFF'S OFFICE

Page 1 of 1

 

(101) Citation: ISSUE PETITION FOR DAMAGES;   150508-8286-7

### 24TH JUDICIAL DISTRICT COURT
### PARISH OF JEFFERSON
### STATE OF LOUISIANA

EXACTLY LEGENDS LLC
versus
ESSEX INSURANCE COMPANY

Case: 749-017   Div: "I"
P 1  EXACTLY LEGENDS LLC

To: ESSEX INSURANCE COMPANY
THROUGH LA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE LA 70809

SOS#19799/$50.00
EBR#19800/$29.36

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney M. CLAIRE DURIO and was issued by the Clerk of Court on the 8th day of May, 2015.

/s/ Samantha J. Adam
Samantha J. Adam, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____ SERVICE INFORMATION _____

(101) Citation: ISSUE PETITION FOR DAMAGES;   150508-8286-7

Received: _____   Served: _____   Returned: _____

Service was made:
___ Personal        ___ Domiciliary _____

Unable to serve:
___ Not at this address     ___ Numerous attempts ___ times
___ Vacant                  ___ Received too late to serve
___ Moved                   ___ No longer works at this address
___ No such address         ___ Need apartment / building number
___ Other _____

Service: $_____   Mileage: $_____   Total: $_____
Completed by: _____
          Deputy Sheriff
Parish of: _____

I made service on the named party through the Office of the Secretary of State on
MAY 21 2015
by tendering a copy of this document to
JEWEL MOORE
DY. E. CUMMINS #1155
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

RECEIVED MAY 20 2015 E.B.R. SHERIFF'S OFFICE

Page 1 of 1



## 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

### STATE OF LOUISIANA

NO. 749017                                                                 DIVISION "I"

### EXACTLY LEGENDS, LLC

### VERSUS

### ESSEX INSURANCE COMPANY

FILED:_____     _____
                                                              **DEPUTY CLERK**

### /s/ FIRST MOTION AND ORDER FOR EXTENSION OF TIME

**NOW INTO COURT**, through undersigned counsel, comes defendant, Essex Insurance Company ("Essex"), which respectfully requests a thirty (30) day extension of time within which to answer, object or otherwise respond to the Petition for Damages filed by plaintiff, Exactly Legends, LLC, as undersigned counsel requires additional time to prepare responsive pleadings. This is Essex's first request for an extension of time to answer or otherwise respond. Counsel for plaintiff has been contacted and has no objection to this extension.

Considering the foregoing,

**IT IS ORDERED** that Essex Insurance Company be and is hereby granted a thirty (30) day extension of time until July 5, 2015 within which to answer, object or otherwise respond to Exactly Legends, LLC's Petition for Damages.

Gretna, Louisiana, this ___11___ day of ___June___, 2015.

_____
JUDGE, 24TH JUDICIAL DISTRICT COURT



Respectfully submitted,

/s/ S B Reimonenq Jr
Simeon B. Reimonenq, Jr., #1975
Seth A. Schmeeckle, #27076
Dan Centner, #33055
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
ATTORNEYS FOR ESSEX INSURANCE COMPANY

### CERTIFICATE OF SERVICE

I hereby certify that on this the 10th of June 2015, a copy of the foregoing has been served upon all counsel of record in this action by U.S. Mail, postage prepaid, electronic mail or facsimile.

/s/ S B Reimonenq Jr
Simeon B. Reimonenq, Jr.

IMAGED JUN 10 2015

2

1116585_1



## 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

### STATE OF LOUISIANA

NO. 749017                                                         DIVISION "I"

### EXACTLY LEGENDS, LLC

### VERSUS

### ESSEX INSURANCE COMPANY

FILED: _____     _____
                                                               DEPUTY CLERK

### REQUEST FOR WRITTEN NOTICE OF ASSIGNMENT AND WRITTEN NOTICE OF ANY STAY ORDER OR JUDGMENT MADE OR RENDERED

TO:    Clerk of Court, 24th Judicial District Court
        Parish of Jefferson, State of Louisiana

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, defendant, Essex Insurance Company ("Essex"), files this Request for Written Notice of the date of trial in the above entitled and numbered cause, such notice to be provided to it through its counsel named below by mail, ten (10) days in advance of any date fixed for any trial or hearing of this cause, whether on exceptions, rules or the merits thereof. In accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code of Civil Procedure, Essex requests immediate notice to its counsel of any order or judgment rendered in this cause upon the entry of any such order or judgment.

                                             Respectfully submitted,

                                             _/s/ B. Reimonenq_
                                             Simeon B. Reimonenq, Jr., #19755
                                             Seth A. Schmeeckle, ##27076
                                             Dan Centner, #33055
                                             **LUGENBUHL, WHEATON, PECK,**
                                             **RANKIN & HUBBARD**
                                             601 Poydras Street, Suite 2775
                                             New Orleans, Louisiana 70130
                                             Telephone: (504) 568-1990
                                             Facsimile: (504) 310-9195
                                             **ATTORNEYS FOR ESSEX INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 10th of June 2015, a copy of the foregoing has been served upon all counsel of record in this action by U.S. Mail, postage prepaid, electronic mail or facsimile.

/s/ S B Reimonenq
Simeon B. Reimonenq, Jr.

IMAGED JUN 10 2015

2

2116609_1