**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| EXACTLY LEGENDS, LLC | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 2:15-CV-02181 |
| | * | |
| ESSEX INSURANCE COMPANY | * | JUDGE JANE TRICHE MILAZZO |
| | * | |
| | * | MAG. DANIEL E. KNOWLES, III |

**************************************

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Exactly Legends, LLC ("Plaintiff") and Defendant, Essex Insurance Company ("Defendant"), hereinafter collectively "the Parties," stipulate as follows:

WHEREAS, Plaintiff filed a petition on April 22, 2015 in the 24th Judicial District Court for the Parish of Jefferson alleging entitlement to damages against Defendants for breach of contract and bad faith; and

WHEREAS, on June 17, 2015, Defendant filed a Notice of Removal, removing the case to the Eastern District of Louisiana; and

WHEREAS, on July 2, 2015, Defendant filed a Motion to Dismiss the case;

NOW, THEREFORE, the Parties agree and stipulate as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties jointly stipulate to voluntary dismissal of this action, with prejudice, each party to bear its own costs.

Each undersigned representative of the Parties certifies that he or she is fully authorized to enter into and execute the terms and conditions of this Joint Stipulation of Dismissal.

Considering the foregoing,

IT IS ORDERED that the Joint Stipulation of Dismissal, with prejudice, be and is hereby GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2015

_____
UNITED STATES DISTRICT JUDGE

IT IS SO STIPULATED this 14th day of July, 2015

| /s/ Luke P. LaRocca | /s/ Simeon B. Reimonenq, Jr. |
|---|---|
| M. Claire Durio (21065) | Simeon B. Reimonenq, Jr., #19755 |
| Luke P. LaRocca (34633) | Seth A. Schmeeckle, ##27076 |
| **SIMON, PERAGINE, SMITH & REDFEARN, LLP** | Dan Centner, #33055 |
| 1100 Poydras Street, 30th Floor | **LUGENBUHL, WHEATON, PECK,** |
| New Orleans, Louisiana 70163 | **RANKIN & HUBBARD** |
| Telephone: (504) 569-2030 | 601 Poydras Street, Suite 2775 |
| Facsimile: (504) 569-2999 | New Orleans, Louisiana 70130 |
| | Telephone: (504) 568-1990 |
| ATTORNEYS FOR EXACTLY LEGENDS, LLC | Facsimile: (504) 310-9195 |
| | ATTORNEYS FOR ESSEX INSURANCE COMPANY |

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July, 2015, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system

/s/ Luke P. LaRocca
Luke P. LaRocca

00115945-1